U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 30 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JONATHON SMITH | : | DOCKET NO. 5:11-cv-01320 |
| VS. | : | JUDGE FOOTE |
| WARDEN, LOUISIANA STATE PENITENTIARY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 32] and after consideration of the objections filed thereto, and having determined that the Magistrate Judge's findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Shreveport, Louisiana, this 30th day of September, 2015.

_____
ELIZABETH FOOTE
UNITED STATES DISTRICT JUDGE